IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: FAITH C. HOLCOMB            )
 **Debtor(s)**        )
                ) CHAPTER 13
SANTANDER CONSUMER USA INC.        )
 **Moving Party**       ) Case No.: 23-13115 (PMM)
                )
  v.            )
                )
FAITH C. HOLCOMB                   )
 **Respondent(s)**       )
                )
KENNETH E. WEST                    )
 **Trustee**         )
                )
                )

## PRAECIPE WITHDRAWING SANTANDER'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Santander's Objection To Confirmation, filed on or about December 11, 2023 in the above-referenced case, number 15 on the docket.

Date: 3/15/24

        /s/ William E. Craig
        William E. Craig, Esquire
        Attorney ID 92329
        Eisenberg Gold & Agrawal, P.C.
        1040 Kings Highway North #200
        Cherry Hill, NJ 08034
        Phone (856) 330-6200
        Attorney for Santander Consumer USA Inc.