IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: FAITH C. HOLCOMB ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) | |
| **Moving Party** ) | Case No.: 23-13115 (PMM) |
| ) | |
| v. ) | |
| ) | |
| FAITH C. HOLCOMB ) | |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| ) | |
| ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Objection To Confirmation, and filed on or about March 15, 2024 in the above matter is APPROVED.

Dated: **March 18, 2024**

BY THE COURT:

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE