IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:      FAITH C. HOLCOMB    : CHAPTER 13
:
: BANKRUPTCY NO.    23-13115-pmm
**Debtor**    :

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. §§ 1325(a)(8) AND (a)(9)**

      I, Faith C. Holcomb, hereby certify as follows in connection with the confirmation hearing in the above case:

1.      The above-named debtor is current with all post-petition obligations.

2.      The above-named debtor has filed all applicable Federal, State and Local tax returns, as required by 11 U.S.C. § 1308.

3.      If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

Dated: _4/23/24_                By: _Faith C Holcomb_
                                                                  Faith C. Holcomb