United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-13115-pmm
Faith C Holcomb  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Apr 24, 2024      Form ID: 155      Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Faith C Holcomb, 701 Lincoln Street, Oxford, PA 19363-1529 |
| 14823303 | + | Danielle Dileva, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14823304 | | Midland Funding LLC, 9975 Aero Drive, Suite 200, San Diego, CA 92123 |
| 14838079 | #+ | Santander Consumer USA Inc., c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14823307 | | Select Portfolio Servicing, Inc., P.O. Box 6550, Salt Lake City, UT 84165-0450 |
| 14825313 | + | U.S. Bank Trust Co NA, c/o Michael Farrington, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14833534 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2024 23:51:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14823305 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2024 23:47:00 | Pennsylvania Department of Rev, Pennsylvania Department of Rev, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14824087 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2024 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14830484 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 24 2024 23:47:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14823306 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 24 2024 23:47:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14841161 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 24 2024 23:47:00 | U.S. Bank Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14823308 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 24 2024 23:47:00 | US Bank, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14823301 | | 23-13115 |
| 14838014 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 24, 2024 | Form ID: 155 | Total Noticed: 13

14823302　　##+　　Capital One Bank, c/o Edward Stock, Esquire, 804 West Avenue, Jenkintown, PA 19046-2831

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2024　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:**

**Name** | **Email Address**

KENNETH E. WEST
　　ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
　　on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
　　on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders mfarrington@kmllawgroup.com

ROBERT J. LOHR, II
　　on behalf of Debtor Faith C Holcomb bob@lohrandassociates.com leslie@lohrandassociates.com;r59687@notify.bestcase.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
　　on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　　Faith C Holcomb<br><br>　　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−13115−pmm<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

　　**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

　　**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

　　**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

　　**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 23, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court