**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                                  Chapter 13

       FAITH  C HOLCOMB

                                       No. 23-13115-PMM

                 Debtor

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF**
**NONCOMPLIANCE WITH LOCAL RULE 2016-3**
**FOR FAILURE TO TIMELY FILE A FEE APPLICATION**

    Kenneth E. West, Esquire, Standing Chapter 13 Trustee, certifies that Debtor's counsel has
failed to file a Fee Application in accordance with Local Rule 2016-3(a)(4) and/or Local Rule
2016-3(b)(2).

       In accordance with Local Rule 2016-3(a)(4) and/or Local Rule 2016-3(b)(2), the Trustee
requests that this Court issue a 28 day Order to Show Cause why the requested fee should not be
adjusted pursuant to Local Rules 2016-3(a)(4)(A)(B) and/or Local Rule 2016-3(b)(2)(A)(B).

Date: <u>July 14, 2026</u>                                        Respectfully submitted,

                                            <u>*/s/ Kenneth E. West, Esquire*</u>
                                            Kenneth E. West, Esquire
                                            Standing Chapter 13 Trustee