United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 23-13115-pmm

Faith C Holcomb                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Faith C Holcomb, 701 Lincoln Street, Oxford, PA 19363-1529 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2026 02:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: enotifications@santanderconsumerusa.com | Jul 16 2026 02:01:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders jkatz@raslg.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 15, 2026                       Form ID: pdf900                               Total Noticed: 4

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                        on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National
                        Association, successor trustee to LaSalle Bank National Association, on behalf of the holders bkgroup@kmllawgroup.com,
                        matthew.fissel@brockandscott.com

ROBERT BRIAN SHEARER
                        on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National
                        Association, successor trustee to LaSalle Bank National Association, on behalf of the holders rshearer@raslg.com

ROBERT J. LOHR, II
                        on behalf of Debtor Faith C Holcomb bob@lohrandassociates.com  leslie@lohrandassociates.com;r59687@notify.bestcase.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                        on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
                        mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Faith C Holcomb** | : | **Case No. 23-13115 (PMM)** |
| | : | |
| **Debtor.** | : | |

### ORDER TO SHOW CAUSE REGARDING COUNSEL FEES

**AND NOW**, this case having been confirmed on April 23, 2024;

**AND** counsel for the Debtor having failed to seek compensation thus far, see L.R. 2016-3(a)(4), 2016(3)(b)(2);

**AND** the Trustee having filed a certification of non-compliance, doc. #31;

It is therefore hereby **ORDERED** that Debtor's Counsel **SHALL APPEAR** for a hearing on **Wednesday, August 26, 2026 at 1:00 p.m. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why any requested fee should not be **denied**.

**Date:  7/15/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**