IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: FAITH C. HOLCOMB | : | CHAPTER 13 |
| Debtor | : | |
| | : | NO. 23-13115-PMM |

**ORDER**

Failure to Timely File Initial Fee Application Under Local Rule 2016-3(a)(4)

AND NOW, this _____ day of _________________*, 2026*, upon consideration of the Chapter 13 Trustee's Certification of Noncompliance with Local Rule 2016-3 for Failure to Timely File a Fee Application, and it appearing that Debtor's counsel failed to file an Initial Fee Application within the time prescribed by Local Rule 2016-3(a)(4), and it further appearing that this Court entered an Order to Show Cause directing Debtor's counsel to file the required Fee Application or show cause why the requested fee should not be adjusted, and Debtor's counsel having responded to the Order to Show Cause and advised that counsel elects to forgo any remaining unpaid attorney's fees to which counsel may otherwise be entitled and requests that such funds be distributed in accordance with Local Rule 2016-3, it is hereby

**ORDERED** that Debtor's counsel shall receive no further compensation through the Chapter 13 Plan beyond any attorney's fees previously paid or disbursed; and it is further

**ORDERED** that any funds held by or received by the Chapter 13 Trustee that were earmarked for payment of attorney's fees and remain unpaid as of the date of this Order shall be distributed pro rata to allowed unsecured creditors in accordance with Local Rule 2016-3 and the confirmed Chapter 13 Plan; and it is further

**ORDERED** that if all allowed unsecured claims have been paid in full, any remaining funds otherwise allocable to attorney's fees shall be returned to the Debtor as provided by applicable law; and it is further

**ORDERED** that the Chapter 13 Trustee is authorized to administer the case and make distributions consistent with this Order.

BY THE COURT:

______________________________________
UNITED STATES BANKRUPTCY JUDGE