United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 23-13115-pmm
Faith C Holcomb Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Aug 27, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Faith C Holcomb, 701 Lincoln Street, Oxford, PA 19363-1529 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National |

| | |
|---|---|
| | Association, successor trustee to LaSalle Bank National Association, on behalf of the holders rshearer@raslg.com |
| ROBERT J. LOHR, II | on behalf of Debtor Faith C Holcomb bob@lohrandassociates.com leslie@lohrandassociates.com;r59687@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: FAITH C. HOLCOMB | : | CHAPTER 13 |
| Debtor | : | |
| | : | NO. 23-13115-PMM |

**ORDER**

Failure to Timely File Initial Fee Application Under Local Rule 2016-3(a)(4)

AND NOW, this 27th day of August, *2026*, upon consideration of the Chapter 13 Trustee's Certification of Noncompliance with Local Rule 2016-3 for Failure to Timely File a Fee Application, and it appearing that Debtor's counsel failed to file an Initial Fee Application within the time prescribed by Local Rule 2016-3(a)(4), and it further appearing that this Court entered an Order to Show Cause directing Debtor's counsel to file the required Fee Application or show cause why the requested fee should not be adjusted, and Debtor's counsel having responded to the Order to Show Cause and advised that counsel elects to forgo any remaining unpaid attorney's fees to which counsel may otherwise be entitled and requests that such funds be distributed in accordance with Local Rule 2016-3, it is hereby

**ORDERED** that Debtor's counsel shall receive no further compensation through the Chapter 13 Plan beyond any attorney's fees previously paid or disbursed; and it is further

**ORDERED** that any funds held by or received by the Chapter 13 Trustee that were earmarked for payment of attorney's fees and remain unpaid as of the date of this Order shall be distributed pro rata to allowed unsecured creditors in accordance with Local Rule 2016-3 and the confirmed Chapter 13 Plan; and it is further

**ORDERED** that if all allowed unsecured claims have been paid in full, any remaining funds otherwise allocable to attorney's fees shall be returned to the Debtor as provided by applicable law; and it is further

**ORDERED** that the Chapter 13 Trustee is authorized to administer the case and make distributions consistent with this Order.

BY THE COURT:

Patricia M. Mayer

Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE